IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BERNICE MUHAMMAD,** ) | |
|       Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 09-0053-KD-N** |
| ) | |
| **HSBC BANK USA, N.A., as Trustee for** ) | |
| **Merrill Lynch Mortgage Investors, Inc.,** ) | |
| **Mortgage Loan Asset-Backed Certificates,** ) | |
| **Series 2002-HEI,** ) | |
|       Defendant. ) | |

**JUDGMENT**

It is **ORDERED, ADJUDGED,** and **DECREED** that judgment be entered in favor of the Defendant in the above-styled action. No costs are taxed.

**DONE** and **ORDERED** this the **15th** day of **September 2009.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**